**1435** ANDERSON vs. TOWNSHIP BOARD (La Grange), 2 M., 188.

To compel the board to draw an order for damages awarded upon laying out a highway.

Denied.

In their answer, respondents questioned the regularity of the proceedings, but the court held that mere irregularities which would not render the proceedings absolutely void, questions involved in the merits of the controversy, fraud or misconduct of the parties or officers, could not be inquired into upon the application for an order for the damages assessed. The court, however, denied the application, on the ground that the demand included a sum for interest which the court held could not be legally claimed. The court further refused to permit an amendment of the order to show cause.

**1436** TRUAX ET AL. vs. STERLING (Commissioner of Highways, Dorr Township), 74 M., 160.

To compel respondent to issue orders to pay damages awarded by a former commissioner in proceedings to lay out a highway.

Denied February 15, 1889, on the ground that the whole proceedings to lay out such highway are fatally defective.

**1437** HOBERT vs. SUPERVISOR AND TOWNSHIP CLERK (Blackman), 14 M., 336.

To compel respondents to issue orders for the payment of certain audited claims.

Denied July 11, 1866.

Held, that the audit of the claims was unauthorized.